```
STEPHANIE HINDS, CSBN 154284
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIA HOWELL,<br><br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>          Defendant. | No.  3:23-cv-02797-RS<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

      On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED: January 3, 2024

*/s/ Francesco Benavides*
 FRANCESCO BENAVIDES
(as authorized by email on 12/28/23)
Attorney for Plaintiff

STEPHANIE HINDS
Acting United States Attorney

DATED: January 3, 2024    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE:  1/4/2024

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE